IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCUS JOHNSON,<br><br>   *Petitioner,*<br><br> v.<br><br>D.F. OBERLANDER, et al.,<br><br>   *Respondents* | CIVIL ACTION<br><br>NO. 21-2235 |

### ORDER

**AND NOW**, this 18th day of April 2023, upon consideration of Marcus Johnson's Amended Petition for a Writ of Habeas Corpus (ECF 11), Respondents' Opposition (ECF 23), the Report and Recommendation of United States Magistrate Judge Scott W. Reid (ECF 24), and Johnson's Objections (ECF 25), it is hereby **ORDERED** that:

1. Johnson's objections are **OVERRULED** and Magistrate Judge Reid's Report and Recommendation (ECF 24) is **APPROVED** and **ADOPTED**;

2. Johnson's Amended Petition (ECF 11) is **DENIED** and **DISMISSED**;

3. No certificate of appealability shall issue;[1]

4. This case shall be **CLOSED** for statistical purposes.

                  BY THE COURT:

                  ***/s/ Gerald J. Pappert***
                  GERALD J. PAPPERT, J.

---

[1]  Reasonable jurists would not debate the Court's disposition of petitioner's claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).